UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY P. BLAUERT,

    Plaintiff,

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. C15-1884RSL

ORDER REOPENING AND STAYING CASE

This matter comes before the Court on plaintiff's "Motion to Reopen Case and Issue a Case Management Schedule." Dkt. # 33. The settlement of the above-captioned matter has not been consummated: the Clerk of Court is therefore directed to reopen the case.

Plaintiff's alternative request for relief is also granted. This matter is hereby stayed until August 1, 2018. The parties shall, on or before that date, submit a joint status report regarding the status of the related litigation pending in King County Superior Court, Case No. 16-2-31049-4SEA.

Dated this 4th day of August, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER REOPENING AND
STAYING CASE