UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY P. BLAUERT,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | NO. C15-1884RSL<br><br>ORDER EXTENDING STAY |

On November 27, 2017, King County Superior Court Judge Susan J. Craighead entered an Order resetting the trial date in the related litigation pending in King County Superior Court, Case No. 16-2-31049-4SEA. The parties jointly requested in their Joint Status Report filed on January 15, 2018, Dkt. # 39, that the Court further stay the case until November 30, 2018.

This matter is hereby stayed until November 30, 2018. The parties shall on or before that date, submit a joint status report regarding the status of the pending related litigation in King County Superior Court.

DATED this 1st day of February, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING STAY