# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GREGORY P. BLAUERT,

    Plaintiff,

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. C15-1884RSL

ORDER EXTENDING STAY

This matter comes before the Court on the joint status report submitted by the parties on November 30, 2018. Dkt. # 41. The trial of the related litigation pending in state court has been continued. At the request of the parties, the above-captioned matter will remain stayed until February 28, 2019. The parties shall, on or before that date, submit a joint status report regarding the status of the related litigation pending in King County Superior Court, Case No. 16-2-31049-4SEA.

Dated this 3rd day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge