THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY P. BLAUERT,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 2:15-cv-01884<br><br>[~~PROPOSED~~]<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

In consideration of the Parties' Joint Stipulation of Dismissal, it is hereby ordered that the above captioned lawsuit is DISMISSED WITH PREJUDICE.

Entered this 27th day of February, 2019.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

---

~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE - 1
(No 2:15-cv-01884)

119219.0006/7581101.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107